# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DAIRY FARMERS OF AMERICA, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.  2:20-cv-02619-JAR-ADM |
| **v.** | ) | |
| | ) | |
| **WISCONSIN WHEY PROTEIN INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S RESPONSE TO THE COURT'S
## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff Dairy Farmers of America, Inc. ("**DFA**"), in response to the Court's Notice and Order to Show Cause (Doc. 2, the "**Order**"), respectfully shows the Court the following facts and allegations confirming that this Court does indeed have subject matter jurisdiction over this matter.

1.      In its Order, the Court (i) directed that DFA "show cause" why the Court should not "dismiss this case without prejudice for lack subject-matter jurisdiction," and more specifically, (ii) directed that DFA "provide sufficient factual allegations for the court to evaluate whether DFA has adequately pleaded diversity jurisdiction exists by specifying the states where DFA and WWP have their principal places of business."  (Doc. 2.)

2.      Contemporaneous with this response, DFA has filed its First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A), which contains more detailed factual allegations demonstrating the existence of the Court's diversity jurisdiction pursuant to 28 U.S.C. 1332.

3.      As set forth in the First Amended Complaint, this "Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332, in that the parties are of diverse citizenship and the amount in controversy is greater than $75,000" (Doc. 3, ¶ 4) because:

   a.  "Specifically, DFA is a citizen of the state of Kansas, in that it is incorporated under

Kansas law, and also its headquarters and its principal place of business are located

in Kansas.  Specifically, DFA's Kansas headquarters is the center of direction, control, and coordination for the cooperative, and is located in Kansas at 1405 N. 98th Street, Kansas City, Kansas 66111." (*Id.*, ¶ 4(a).)

b. "In contrast, WWP is a citizen of the state of Wisconsin, in that it is incorporated under Wisconsin law, and its headquarters and its principal place of business is located in Wisconsin.  Specifically, WWP's Wisconsin headquarters is its center of direction, control, and coordination, and is located in Wisconsin at 5408 3M Drive, Suite B, Menomonie, Wisconsin 54751." (*Id.*, ¶ 4(b).)

c. "Further, the amount in controversy is greater than $75,000, in that WWP's breaches of contract and failure to accept and buy the required volumes of milk at the required price have cost DFA at least approximately $1.5 million in compensatory damages." (*Id.*, ¶ 4(c).)

4.    The exhibits to DFA's First Amended Complaint show these facts to be true.  First, DFA attached to its First Amended Complaint a screenshot from Kansas's Secretary of State website, which shows that DFA is formed under Kansas law and has its mailing address in Kansas City, Kansas.  (Doc. 3-1.)  Similarly, DFA attached a screenshot from its own website with an indication of the address for its headquarters and principal place of business in Kansas City, Kansas.  (Doc. 3-2.)

5.    In addition, DFA attached to its First Amended Complaint a screenshot from Wisconsin's Secretary of State website, confirming that WWP is formed under Wisconsin law, and that its principal place of business is located in Menomonie, Wisconsin.  (Doc. 3-3.)

6.    Lastly, DFA attached a demand letter with a detailed calculation of its damages, which totaled as of the time of the demand letter at least $1.5 million, thus demonstrating that the amount in controversy is greater than $75,000.  (Doc. 3-4.)

7.      DFA respectfully submits that the additional allegations and evidence detailed above respond to and satisfy the Court's two directives of DFA, in that they (i) show that the Court does indeed have subject matter jurisdiction over this action pursuant to 28 U.S.C. 1332, and (ii) demonstrate the principal places of business for each of DFA and WWP, and confirm that DFA and WWP are of diverse citizenship.

WHEREFORE, for these reasons, DFA requests that the Court refrain from dismissing this matter and proceed to preside over it until its conclusion.


Dated:  December 22, 2020

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:____/s/ *Timothy J. Davis*_____
      Robert J. Hoffman (KS # 16453)
      rjhoffman@bclplaw.com
      Timothy J. Davis (KS # 24901)
      tim.davis@bclplaw.com
      1200 Main Street, Suite 3800
      Kansas City, MO 64105
      Telephone: (816) 374-3200
      Facsimile:  (816) 374-3300

       *Attorneys for Plaintiff Dairy Farmers of America, Inc.*