## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:20-CV-02619

Plaintiff/Petitioner:
**DAIRY FARMERS OF AMERICA, INC.**
vs.
Defendant/Respondent:
**WISCONSIN WHEY PROTEIN, INC.**

Received by HPS Process Service & Investigations to be served on **Wisconsin Whey Protein, Inc., c/o K. Kachadurian, 5408 3M Drive, Suite B, Menomonie, WI 54751**. I, ___Josh___ ___Nelson___, do hereby affirm that on the __10__ day of _December_, 20_20_ at _8_:_54_ a.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(✓) CORPORATE SERVICE: By serving _Cyndi Schauf_
as _Human Resources_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** The building was closed to the public, so I called the listed number on the door. I stated legal documents are being attempted to be served upon Wisconsin Whey Protein, Inc. I requested if anyone was authorized + available to accept service and Cyndi Schauf stated she will come to the main door and accept service.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_signature_  12-11-2020

PROCESS SERVER # __NA__
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020023400
Ref: 1067601.000128

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t